UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE SHAHBAZIAN FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS O'NEIL and CAROL O'NEIL; husband and wife and the marital community of them composed, OCEAN SHORES REAL ESTATE, INC., a Washington corporation d/b/a JOHN L. SCOTT OCEAN SHORES; STEVEN L. SIMMONS and "JANE DOE" SIMMONS, husband and wife and the marital community of them composed,<br><br>Defendants. | No.<br><br>COMPLAINT FOR DAMAGES AND RESCISSION |

COMES NOW the Plaintiff, The Shahbazian Family Trust, by and through its undersigned attorneys of record and hereby complains and alleges as follows:

## I. PARTIES, JURISDICTION AND VENUE

1.1 Plaintiff, The Shahbazian Family Trust, is a California Trust, with its principal place of business in Los Angeles County, California.



SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1.2 Defendants Dennis O'Neil and Carol O'Neil (f/k/a Carol Johnson) ("Defendant O'Neil"), are husband and wife residing in Grays Harbor County, Washington. All acts and omissions were made on and in behalf of the marital community of them composed.

1.3 Defendants Steven L. Simmons and "Jane Doe" Simmons are husband and wife residing in Grays Harbor County, Washington. All acts and omissions were made on and in behalf of the marital community of them composed.

1.4 Defendant Ocean Shores Real Estate, Inc., d/b/a John L. Scott Ocean Shores is a Washington corporation doing business in Grays Harbor County, Washington.

1.5 Jurisdiction is proper in the United States District Court pursuant to 28 U.S.C. § 1332.

1.6 Venue is proper in the Western District of Washington pursuant to 28 U.S.C. § 1391.

## II. FACTS

2.1 In or around July 2013, Plaintiff entered into a Vacant Land Purchase and Sale Agreement (the "Purchase Agreement") to purchase real property commonly known as 870-876 Mt. St. Helen's Loop, Ocean Shores, Washington 98569 ("the Property") from Defendants O'Neil. The Purchase Agreement was secured by a Deed of Trust recorded under Grays Harbor County Recording No. 2013-08130021.

2.2 The Property sold under the Purchase Agreement consists of two separate parcels. The total purchase price for the Property was $150,000.00 (One hundred fifty thousand dollars).



SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

2.3 At all times during the transaction, Ocean Shores Real Estate, Inc. and Steven L. Simmons ("Agent Defendants") were the dual agents in the transaction, representing both the seller and the buyer.

2.4 Defendants O'Neil represented to Plaintiff that the Property was .47 usable acres in size, and did not indicate that any of the property was under water.

2.5 Defendants O'Neil represented that the Property was not located in a flood zone.

2.6 The Agent Defendants represented that the Property was .47 usable acres in size, and did not indicate that any of the property was under water.

2.7 The Agent Defendants represented the Property was not located in a flood zone.

2.8 Pursuant to the Purchase Agreement, Plaintiff agreed to pay a down payment of $30,000.00, and Defendants O'Neil would carry the remaining balance of $120,000.00, which would accrue interest at six percent (6%) per annum. Under the terms of the Purchase Agreement, Plaintiff would make monthly payments in the amount of $1,017.13.

2.9 Plaintiff made the $30,000.00 down payment. Plaintiff made all monthly payments on time and in full until from the date of the Agreement through July 2015.

2.10 In July 2015, Plaintiff, through its co-trustee, Hossein Shahbazian, discovered that the Property was located in a V-zone flood zone. The Property had a history of flooding and erosion. In addition, Plaintiff learned for the first time that the property was less than .47 as represented.



SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

2.11 Defendants O'Neil and the Agent Defendants failed to fairly and accurately describe the Property. In addition, Defendants O'Neil and Agent Defendants made material misrepresentations or omissions as to the condition of the Property.

2.12 Upon learning about the flood zone and the misrepresentations made by Defendants, Plaintiff advised Defendants O'Neil that it would not make any additional payments under the Purchase Agreement. Plaintiff asked for a rescission of the contract.

2.13 Plaintiff would not have purchased the Property had it known the true condition of the Property.

2.14 On or about December 18, 2015, Defendants O'Neil sent a Notice of Default to Plaintiff seeking a total of $6,924.87, alleging $145.00 in dues owed directly to Ocean Shores Community Club and $6,779.87 in monthly payments, late charges, other charges, costs and fees due to Defendant O'Neil and their counsel within thirty (30) days of the date of the Notice of Default.

2.15 The first business day thirty (30) days after the date of the Notice of Default was Tuesday, January 19, 2016, due to Martin Luther King Jr.'s Day on Monday, January 18, 2015.

2.16 On January 19, 2016, Plaintiff cured the default by paying $6,779.87 to Defendants O'Neil through their attorney and $145.00 directly to Ocean Shores Community Club.

2.17 Despite timely paying the amount due, Defendants O'Neil made another demand for an additional $3,500.00 for legal fees that had not been listed in the Notice of Default.



SMITH ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

2.18 Plaintiff did not pay the additional $3,500.00 demanded, and Defendants O'Neil initiated foreclosure of the Deed of Trust.

## III. FIRST CAUSE OF ACTION – BREACH OF CONTRACT

**(Against Defendants O'Neil)**

3.1 Plaintiff realleges and incorporates paragraphs 1.1 through 2.18 herein.

3.2 Plaintiff and Defendants O'Neil entered into a binding contract for the purchase and sale of the Property in the condition represented by Defendants.

3.3 The condition of the Property is materially different than represented by Defendants O'Neil.

3.4 Defendants O'Neil breached the contract with Plaintiff.

3.5 As a direct result of Defendants O'Neil's breach, Plaintiff has been injured in an amount to be proven at trial.

## IV. SECOND CAUSE OF ACTION – UNJUST ENRICHMENT

**(Against Defendants O'Neil)**

4.1 Plaintiff realleges and incorporates paragraph 1.1 through 3.5 herein.

4.2 Plaintiff conferred the benefit upon Defendants O'Neil.

4.3 Defendants have retained the benefit.

4.4 Under these circumstances, Defendants' retention of the benefit constitutes unjust enrichment.

4.5 Plaintiff should be awarded damages in an amount to be proven at trial.



SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

## V. THIRD CAUSE OF ACTION – NEGLIGENT MISREPRESENTATION

**(Against Defendants O'Neil and Agent Defendants)**

5.1 Plaintiff realleges and incorporates paragraph 1.1 through 4.5 herein.

5.2 Defendants O'Neil and the Agent Defendants made misrepresentations about the condition of the Property that were existing at the time of sale.

5.3 Defendants O'Neil and the Agent Defendants lacked reasonable grounds to believe the representations as true.

5.4 Defendants O'Neil and the Agent Defendants intended to induce Plaintiff's reliance on the material misrepresentations.

5.5 Plaintiff reasonably relied on Defendants' misrepresentations.

5.6 As a direct and proximate result, Plaintiff was injured in an amount to be proven at trial.

## VI. FOURTH CAUSE OF ACTION – FRAUD

**(Against Defendants O'Neil and Agent Defendants)**

6.1 Plaintiff realleges and incorporates paragraphs 1.1 through 5.6 herein.

6.2 Defendants O'Neil and the Agent Defendants made representations to Plaintiff regarding the condition, quality, size and nature of the Property, as well as the existence or nonexistence of any restrictions on the Property.

6.3 Defendants O'Neil and the Agent Defendants' representations to Plaintiff were false.

6.4 Defendants O'Neil and the Agent Defendants failed to disclose material information to Plaintiff regarding the Property.



SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

6.5 Defendants O'Neil and the Agent Defendants made the false statements with knowledge of their falsity.

6.6 Defendants O'Neil and the Agent Defendants intended Plaintiff to rely on the misrepresentations and omissions.

6.7 The misrepresentations and omissions of Defendants O'Neil and the Agent Defendants were material.

6.8 Plaintiff had no knowledge as to the falsity of the misrepresentations, or the existence of the facts Defendants O'Neil and the Agent Defendants omitted.

6.9 Plaintiff reasonably relied on the material misrepresentations.

6.10 As a direct and proximate result, Plaintiff has been injured in an amount to be proven at trial.

## VII. FIFTH CAUSE OF ACTION – BREACH OF FIDUCIARY DUTIES

**(Against Agent Defendants)**

7.1 Plaintiff realleges and incorporates paragraphs 1.1 through 6.10 herein.

7.2 As an agent for Plaintiff, the Agent Defendants owed Plaintiff a fiduciary duty.

7.3 When the Agent Defendants materially misrepresented, or failed to accurately disclose the condition of the Property, they breached their fiduciary duties to Plaintiff.

7.4 As a direct and proximate result of the Agent Defendants' breach, Plaintiff was injured in an amount to be proven at trial.

## VIII. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff having stated its claims against Defendants, prays for the following relief:



SMITH | ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1. For a judgment against the Defendants in an amount to be proven at trial, but in any event, no less than $75,000.00.

2. For rescission of the contract between Defendants' O'Neil and Plaintiff.

3. For an award of attorneys' fees and costs as permitted by law.

4. For pre and post-judgment interest as permitted by law.

5. For such other further relief as the Court may deem just and equitable.

DATED this 13 day of June, 2016.

SMITH ALLING, P.S.

By /s/ Russell A. Knight

Russell A. Knight, WSBA #40614
*rknight@smithalling.com*
1501 Dock Street
Tacoma, WA 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123
Attorneys for Plaintiff

**VERIFICATION**

I, Hossein Shahbazian, hereby declare that I am one of the Co-Trustees of The Shahbazian Family Trust, the Plaintiff herein. I have read the foregoing Complaint for Damages and Rescission and believe the allegations contained therein are true and correct.

DATED this 13 day of June, 2016.

Hossein Shahbazian, Co-Trustee of
The Shahbazian Family Trust, Plaintiff



SMITH ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE SHAHBAZIAN FAMILY TRUST,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS O'NEIL and CAROL O'NEIL, husband and wife and the marital community of them composed; OCEAN SHORES REAL ESTATE, INC., a Washington corporation d/b/a JOHN L. SCOTT OCEAN SHORES; STEVEN L. SIMMONS and "JANE DOE" SIMMONS, husband and wife and the marital community of them composed,<br><br>Defendants. | No.<br><br>AFFIDAVIT OF RUSSELL A. KNIGHT RE: FACSIMILE SIGNATURE |

STATE OF WASHINGTON )
) ss.
COUNTY OF PIERCE )

Russell A. Knight, being first duly sworn upon oath, deposes and states:

1. I am the attorney for the Plaintiff in this matter.



SMITH ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

2. I have examined the attached document consisting of nine (9) pages, plus two (2) pages for this affidavit and the signature of Hossein Shahbazian is complete and legible.

SMITH ALLING, P.S.

By /s/ Russell A. Knight
Russell A. Knight, WSBA #40614
*rknight@smithalling.com*
1501 Dock Street
Tacoma, WA 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123
Attorneys for Plaintiff

SUBSCRIBED AND SWORN to before me this 13th day of June, 2016.

NOTARY PUBLIC in and for the State of Washington, residing at: Auburn
Print Name: Sydney Lujan
My Commission Expires: April 19, 2018



SMITH ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123